JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLD DOMINION FREIGHT LINE, INC., | Case No. CV 12-4580 FMO (PJWx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| NATIONAL SALES CORP., et al., | |
| Defendants. | |

Pursuant to the Court's Order Re: Pending Motions, IT IS ADJUDGED THAT:

1. Default judgment shall be entered in favor of plaintiff Old Dominion Freight Line, Inc., and against defendant Ramin Razi, individually and doing business as Acorn International, in the total amount of $113,674.03.

2. Default judgment shall be entered in favor of cross-claimant National Sales Corp., and against defendant Ramin Razi, individually and doing business as Acorn International, in the total amount of $58,317.00 in damages and $3,932.68 in attorney's fees.

3. Plaintiff and National Service Corp. shall serve Ramin Razi with a copy of this Judgment in such a manner as to make it operative in any future proceedings.

Dated this 7th day of March, 2014.

/s/
Fernando M. Olguin
United States District Judge